IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Ryan Ray Corman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:12-cv-53 |
| Wayne Stenehjem, North Dakota State ) | |
| Attorney General, Jonathan Byers, ) | **ORDER ADOPTING** |
| Assistant State Attorney General, Ken ) | **REPORT AND RECOMMENDATION** |
| Sorenson, Assistant State Attorney ) | |
| General, Carmell Mattison, State's Atty, ) | |
| Northeast Judicial District, Kristi Pettit, ) | |
| State's Atty, Northeast Judicial District, ) | |
| Les "Barney" Tomanek, Supervisor, ND ) | |
| Dept. of Corrections, Probation, Loralyn ) | |
| Waltz, Probation Agent, NDDOCR P&P, ) | |
| Wade Price, Probation Agent, Chad ) | |
| Torgeson, Probation Agent, Don Redmann, ) | |
| Warden, James River Correctional Center, ) | |
| Grand Forks Police Department, William ) | |
| "Bill" Macki, SGT., GFPD, Jim Vigness, ) | |
| Detective, GFPD, Officer Kalinnen, first ) | |
| name unknown, Officer Johnston, first ) | |
| name unknown, Dr. Donald Newberry, ) | |
| Contract Pyschological 'Evaluator', North ) | |
| Dakota Dept. of Corrections and ) | |
| Rehabilitation, CPC Rule, Inc., Contract ) | |
| 'program' provider, Tim Sinn, Supervisor ) | |
| and Agent, CPC Rule, Inc., Terry DeMars, ) | |
| Contract 'Counselor', Employee CPC Rule, ) | |
| Inc., Lacey Anderson, 'Human Resource ) | |
| Counselor', NDDOCR, JRCC, Northeast ) | |
| Human Services Center, Grand Forks, ND, ) | |
| Peter Welte, State's Attorney, Northeast ) | |
| Judicial District, Barbara Brieland, Julie ) | |
| Munkeby, and Orie Oksendahl, ) | |
| ) | |
| Respondents. ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that Ryan Ray Corman's motion for writ of mandamus (Doc. #26), motion for a protective order (Doc. #27), motion for second writ of mandamus (Doc. #28), and motions protective order and an order to correct his conditions of confinement (Doc. #33) be denied on the grounds that the North Dakota State Hospital and its employees are not parties to this action. Corman has objected, contending that his lack of legal experience and the conditions of his confinement led to the error in pleading. (Doc. #10). Corman also notes that he mistakenly filed some motions that were intended for other cases he has pending in this Court. (Id.)

The Court has reviewed the Report and Recommendation, along with the entire record in this matter, and finds that the Magistrate Judge's position is correct. The Court **ADOPTS** the Report and Recommendation in its entirety and **ORDERS** that Corman's motion for writ of mandamus (Doc. #26), motion for protective order (Doc. #27), motion for second writ of mandamus (Doc. #28), and motions protective order and for an order to correct his conditions of confinement (Doc. #33) be denied.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2012

      /s/   Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court